FILED
2008 Jul-17 PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES M. MITCHELL, III, on his own behalf and on behalf of all other shareholders of FHM Enterprises, Inc., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| LINDA M. HARTMAN, et al., | ) ) |
| Defendants. | ) |

2:05-CV-0844-LSC

MEMORANDUM OF OPINION

This case comes before the Court on the Motion for Judgment on the Pleadings filed by defendants Linda M. Hartman and Linda Hartman Intimates, L.L.C. (Doc. 62.)[1] On April 15, 2008, the magistrate recommended that the motion be denied. (Doc. 78.) An objection to that recommendation was filed.

Having carefully reviewed and considered *de novo* all the materials in the Court file, including the report and recommendation, and the objection thereto, the Court is of the opinion that the magistrate judge's report is due

---

[1] In his report and recommendation, the magistrate referred to the motion as document 66.

to be and is hereby ADOPTED and his recommendation is ACCEPTED.  An appropriate order will be entered.

    Done this 17th day of July 2008.

```
                              _____
                                    L. SCOTT COOGLER
                              UNITED STATES DISTRICT JUDGE
                                         139297
```